IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOY DANIELLE DOSS-CORNELISON
ADC # 707334                                                                              PETITIONER

v.                                            No. 5:13-cv-333-DPM-BD

RAY HOBBS, Director, ADC                                                      RESPONDENT

ORDER

Doss-Cornelison's post-recommendation motion for summary judgment, № 16, is denied without prejudice. On *de novo* review, the Court declines to accept the recommendation, № 15, and refers the matter back so Judge Deere can consider the many points made in the objections, № 22.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2014