IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOY DANIELLE DOSS-CORNELISON
ADC # 707334                                                                       PETITIONER

v.                                        No. 5:13-cv-333-DPM-BD

RAY HOBBS, Director, ADC                                                    RESPONDENT

## ORDER

Unopposed recommendation, № 28, adopted. FED. R. CIV. P. 72(b)(1983 addition to Advisory Committee Notes). The Court appreciates Magistrate Judge Deere's additional work addressing Doss-Cornelison's filings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2014