IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOY DANIELLE DOSS-CORNELISON
ADC # 707334                                                                              PETITIONER

v.                                              No. 5:13-cv-333-DPM

RAY HOBBS, Director, ADC                                                       RESPONDENT

## JUDGMENT

Doss-Cornelison's petition for writ of habeas corpus, № 2, and supplement, № 8, are dismissed with prejudice. No certificate of appealability will issue because she has not made a substantial showing of the denial of a constitutional right.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2014